IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

LAEL FISHER WOODS,

     Appellant,

v.

     Case No.  5D22-825
     LT Case No. 05-2021-DR-016706-X

CHRISTOPHER PATRICK WOODS,

     Appellee.

_____/

Opinion filed February 24, 2023

Nonfinal Appeal from the Circuit Court
for Brevard County,
Robert Segal, Judge.

Elizabeth Siano Harris, of Harris
Appellate Law Office, Mims, for
Appellant.

Heather C. Harris, of The H. Harris
Law Firm, Merritt Island, for Appellee.


PER CURIAM.

Appellant, Lael Woods, asks this Court to reverse the trial court's order denying her petition which sought a permanent domestic violence injunction against her husband, Appellee, Christopher Woods. Evidentiary hearings were conducted over the space of several days. The court found that there had been actual domestic violence by Appellee against Appellant, but concluded that it was too remote in time. The trial court determined that there was no basis to find an objectively reasonable risk of imminent domestic violence.

"A trial court's ruling on a petition for a domestic violence injunction is reviewed for abuse of discretion." Delgado v. Ortiz, 326 So. 3d 203, 203 (Fla. 5th DCA 2021). "In conducting this review, this Court focuses on whether the trial court's determination is supported by competent, substantial evidence, with a focus on the legal sufficiency as opposed to the evidentiary weight." *Id.* Here, the trial court took testimony and had the ability to evaluate the parties and their circumstances from a vantage point far superior to ours. We conclude that the trial court's decision is supported by competent, substantial evidence and finding no abuse of discretion on the part of the trial court in denying the petition for injunction, we are obliged to affirm.

AFFIRMED.

WALLIS, EDWARDS and EISNAUGLE, JJ., concur.

2